IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LEIGH ANN JOHNSON, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) DOCKET NO. 1:05-CV-01250 |
| | ) |
| METROPOLITAN LIFE INSURANCE CO., | ) |
| | ) |
| DEFENDANT | ) |

## ORDER OF CONTINUANCE

Good cause being shown, the Court finds the Motion for Continuance, is well taken and hereby GRANTED.

IT IS THEREFORE ORDERED that the Scheduling Conference currently set for December 2, 2005, with the requirement of a scheduling order along with the initial discovery disclosures shall be continued 90 days, being February 17, 2006.

ENTERED this the 21st day of November, 2005.

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 11/22/05

WE CONSENT,

BY: _____
JEFFREY W. PARHAM, BPR 16241
P.O. Box 169
Martin, TN 38237-0169
(731) 587-5546
Attorney for Plaintiff

BY: _____
PRINCE C. CHAMBLISS, JR., BPR 5071 by permission
EVANS & PETREE, P.A.
1000 Ridgeway Loop Road, Suite 200
Memphis, Tennessee 38120
Attorney for Defendant

BY: _____
H. ALLEN NOHSEY, BPR 8736 by permission
P. O. Box 279
Union City, TN 38281
(731) 587-5546
Attorney for Estate of Matthew Johnson

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01250 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Prince C. Chambliss
EVANS & PETREE, P.C.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Paula Rice
Obion County Chancery Court
P.O. Box 187
Union City, TN 38281--018

Jeffrey W. Parham
Jeffery W. Parham
P.O. Box 169
Martin, TN 38237--016

Honorable James Todd
US DISTRICT COURT